1

2

3

4

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   ALEX K. ROSS,                              No. CIV S-09-0984-CMK-P

12              Plaintiff,

13        vs.                                    <u>ORDER</u>

14   A. DAVID, et al.,

15              Defendants.

16   _____/

17              Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18   to 42 U.S.C. § 1983.  Pending before the court is plaintiff's complaint (Doc. 1).  The court is

19   required to screen complaints brought by prisoners seeking relief against a governmental entity or

20   officer or employee of a governmental entity.  <u>See</u> 28 U.S.C. § 1915A(a).

21              Plaintiff names the following defendants in his complaint: A. David, D. Swingle,

22   M.D., S.M. Roche, M.D., and T. Deward.  Reading the complaint liberally as the court must,

23   plaintiff claims the defendants denied, delayed, and refused to provide him medical treatment for

24   pain in his right wrist, which required surgery, and denied him a medically necessary lower bunk

25   chrono.

26   / / /

1      The complaint appears to state a cognizable claim for relief pursuant to 42 U.S.C.

2  § 1983 and 28 U.S.C. § 1915A(b).  If the allegations are proven, plaintiff has a reasonable

3  opportunity to prevail on the merits of this action.  The court, therefore, finds that service is

4  appropriate and will direct service by the U.S. Marshal without pre-payment of costs.  Plaintiff is

5  informed, however, that this action cannot proceed further until plaintiff complies with this order.

6  Plaintiff is warned that failure to comply with this order may result in dismissal of the action.

7  See Local Rule 11-110.

8           Accordingly, IT IS HEREBY ORDERED that:

9           1.      The court authorizes service on the following defendant(s):

10              A. David, D. Swingle, M.D., S.M. Roche, M.D., and T. Deward

11          2.      The Clerk of the Court shall send plaintiff one USM-285 form for each

12  defendant identified above, one summons, an instruction sheet, and a copy of the complaint; and

13          3.      Within 30 days of the date of service of this order, plaintiff shall complete

14  the attached Notice of Submission of Documents and submit the following documents to the

15  court:

16              a.      The completed Notice of Submission of Documents;

17              b.      One completed summons;

18              c.      Four completed USM-285 form(s); and

19              d.      Five copies of the endorsed complaint.

20

21   DATED:  May 6, 2009

22                                              _____
                                                CRAIG M. KELLISON
23                                              UNITED STATES MAGISTRATE JUDGE

24

25

26

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

ALEX K. ROSS,                                    No. CIV S-09-0984-CMK-P

        Plaintiff,

      vs.

A. DAVID, et al.,

        Defendants.

_____/

NOTICE OF SUBMISSION OF DOCUMENTS

      Plaintiff hereby submits the following documents in compliance with the court's

order:

         1        completed summons form;

     _____       completed USM-285 form(s); and

     _____       copies of the complaint.

DATED: _____           _____

                                Plaintiff