**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

ALEX D. ROSS                                    No. CIV S-09-0984-FCD-CMK-P

            Plaintiff,

    vs.                                         <u>ORDER</u>

A. DAVID, et al.,

            Defendants.

_____/

            Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion to correct plaintiff's middle initial (Doc. 20).

            Accordingly, IT IS HEREBY ORDERED that plaintiff's middle initial shall be corrected to reflect that his middle initial is "D" and the Clerk of the Court is directed to update the docket herein.

 DATED:  May 18, 2010

                                            _____
                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE

1